AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2025 JAN 22 PM 4:07

CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 2:25-mj-5 -1 |
| TERESA YOUNGBLUT | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 20, 2025__ in the county of __Orleans__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and (b) | Intentional use of a deadly weapon while forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with federal law enforcement |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Use and discharge of a firearm during and in relation to an assault with deadly weapon. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Leah Bogdanowicz, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/22/25__

_____
*Judge's signature*

City and state: __Burlington, Vermont__   Kevin J. Doyle, Magistrate Judge, U.S. District Court
*Printed name and title*