U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 22 PM 4:07

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERESA YOUNGBLUT, ) <br> Defendant. ) | Case No. 2:25-mj-5 -1 |

### ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendant, it is hereby

ORDERED, that the Complaint, Arrest Warrant, Motion to Seal Complaint, this Order, and the docket sheet are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this 22nd day of January 2025.

_____
HONORABLE KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont