UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br><br>TERESA YOUNGBLUT,<br>    Defendant. | )<br>)<br>)<br>)  Case No. 2:25-mj-00005<br>)<br>)<br>) |

NOTICE OF APPEARANCE

NOW COMES Steven Barth who hereby enters his appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Teresa Youngblut.

Dated:    January 24, 2025.

By:    /s/ Steven L. Barth
Steven L. Barth
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
Phone: (802) 862-6990
Fax: (802) 862-7836
Email: Steven_Barth@fd.org
Counsel for Teresa Youngblut