NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                             Case No. 2:25-mj-5-1

Theresa Youngblut


TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Friday, February 07, 2025 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.


Location: Courtroom 110                        JEFFREY S. EATON, Clerk
                                               By: */s/ Lisa Wright*
                                               Deputy Clerk
                                               1/30/2025

TO:

Matthew J. Lasher, AUSA

Steven L. Barth, AFPD