U.S. DISTRICT COURT
~~DISTRICT OF VERMONT~~
FILED

# UNITED STATES DISTRICT COURT

### for the

### District of Vermont

2025 JAN 30 PM 3: 48

CLERK

BY _A.L._

DEPUTY CLERK

United States of America

v.

TERESA YOUNGBLUT

)
)
)
)
)
)

Case No. 2:25-mj-5 -1

RCVD U.S. MARSHALS VT
JAN 22 2025 PM 04:24

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TERESA YOUNGBLUT ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about January 20, 2025, the defendant intentionally used a deadly weapon - a firearm - while forcibly assaulting, resisting, opposing, impeding, intimidating or interfering with federal law enforcement agents, in violation of (18 U.S.C. § 111(a) and (b)).
On or about January 20, 2025, the defendant used and discharged a firearm during and in relation to the assualt with a deadly weapon, in violation of (18 U.S.C. § 924(c)(1)(A)(iii)).

Date: 1/22/25

_Kevin J. Doyle_
Issuing officer's signature

City and state: Burlington, VT

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/22/25 , and the person was arrested on *(date)* 1/24/25 at *(city and state)* Lebanon, NH . |
| Date: 1/27/25 <br><br> _Arresting officer's signature_ <br><br> Carl Shirley SDMN <br> *Printed name and title* |